870

No. 75–197.   M. W. Zack Metal Co. *v.* Intsel Corp. C. A. 2d Cir.   Certiorari denied.

No. 75–200.   Jacob *v.* Jahner, Executrix.   Sup. Ct. N. D.   Certiorari denied.

No. 75–203.   Saunders Archery Co. *v.* Wrist-Rocket Manufacturing Co., Inc.   C. A. 8th Cir.   Certiorari denied.

No. 75–204.   Delashaw *v.* Superior Court of California, County of Los Angeles.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 75–218.   Bekken *v.* Merrill Lynch, Pierce, Fenner & Smith, Inc.   C. A. 5th Cir.   Certiorari denied.

No. 75–255.   Citizens for Balanced Environment & Transportation, Inc., et al. *v.* Coleman, Secretary of Transportation, et al.   C. A. 2d Cir.   Certiorari denied.

No. 75–5003.   Cook et al. *v.* California.   Sup. Ct. Cal.   Certiorari denied.

No. 75–5004.   Swope *v.* Indiana.   Sup. Ct. Ind. Certiorari denied.

No. 75–5005.   Rosenhoover *v.* United States. C. A. 3d Cir.   Certiorari denied.

No. 75–5007.   Fuentes *v.* Workers' Compensation Appeals Board of California et al.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.